1  MICHAEL F. WOOD (DCBN 376312)
   RICHARD B. COHEN (CSBN 79601)
2  BRIAN J. STACK (OSBN 0069796)
   VICTOR ALI (CSBN 229544)
3  JASON M. KATZ (OSBN 0076104)
   ALBERT B. SAMBAT (CSBN 236472)
4  Antitrust Division
   U.S. Department of Justice
5  450 Golden Gate Avenue
   Box 36046, Room 10-0101
6  San Francisco, California 94102
   Telephone (415) 436-6660
7  Attorneys for the United States of America

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,        ) No. CR-05-0208 CRB
12 |                                  )
   |           Plaintiff,             ) **PRETRIAL SCHEDULE**
13 |                                  )
14 |     v.                           )
   |                                  ) Date:  October 11, 2006
15 |                                  ) Time:  2:15 p.m.
   |                                  ) Court: Hon. Charles R. Breyer
16 | VIDEO NETWORK COMMUNICATIONS INC.,)
   | ET AL.,                          )
17 |                                  )
   |           Defendants.            )
18 |_____)

19      PLEASE TAKE NOTICE that the government and defense counsel, pursuant to a

20 preliminary meeting held on October 10, 2006, propose the following Pretrial Schedule:

21      Trial Date:                                      January 8, 2007

22      Pre-trial Conference:                            December 5-6, 2006

23      Motions *in Limine*:                             December 1, 2006

24      Trial Brief:                                     December 1, 2006

25      Rule 1006 Summaries:                             December 1, 2006

26      Jury Instructions:                               November 28, 2006

27      Final Juror Questionnaire and Voir Dire Questions: November 17, 2006

28
**Pretrial Schedule**
CR-05-0208 CRB

| | | |
|---|---|---|
| 1 | Rule 16 Expert Witness Summary: | November 3, 2006 |
| 2 | Juror Questions & Voire Dire Questions Exchange: | November 3, 2006 |
| 3 | Rule 801, Rule 404(b) Notice: | November 3, 2006 |
| 4 | Rule 12(b)(3), 12.1, 12.2, and 12.3 Motions: | November 3, 2006 |
| 5 | Federal Rule of Evidence 902(11) Affidavits and Stipulations: | October 20, 2006 |
| 6-7 | Defendants' Witness and Exhibit Lists: | See Judge Larson's Order. |

Dated:_____, 2006

Respectfully Submitted,

_____
MICHAEL F. WOOD
RICHARD B. COHEN
BRIAN J. STACK
VICTOR ALI
ALBERT B. SAMBAT
JASON M. KATZ
Trial Attorneys
Antitrust Division
U.S. Department of Justice

**Pretrial Schedule**
**CR-05-0208 CRB**

2

So Ordered

October 11, 2006