1  MICHAEL F. WOOD (DCBN 376312)
   RICHARD B. COHEN (CSBN 79601)
2  BRIAN J. STACK (OSBN 0069796)
   VICTOR ALI (CSBN 229544)
3  JASON KATZ (OSBN 0076104)
   ALBERT SAMBAT (CSBN 236472)
4  Antitrust Division
   U.S. Department of Justice
5  450 Golden Gate Avenue
   Box 36046, Room 10-0101
6  San Francisco, California 94102
   Telephone (415) 436-6660
7  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-05-0208 CRB |
|---|---|---|
| Plaintiff. | ) | [PROPOSED] ORDER GRANTING DISCOVERY TO THE UNITED STATES |
| v. | ) | |
| VIDEO NETWORK COMMUNICATIONS INC., ET AL., | ) | Date: October 4, 2006<br>Time: 2:15 p.m.<br>Court: Hon. Charles R. Breyer |
| Defendants. | ) | |

Having considered the United States' Motion For Discovery and good cause having been shown:

IT IS HEREBY ORDERED that each defendant provide the United States with Fed. R. Crim. P. 16(b) documents and materials, any witness statements obtained related to this case, witness lists and exhibit lists by ~~October 20~~ November 3, 2006 (CRB), 2006.

Dated: October 11 , 2006

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

[Proposed] Order Granting
Discovery to the United States
CR-05-0208 CRB