1  **GAIL SHIFMAN**
   **ShifmanGroup, Attorneys**
2  **633 Battery Street, Ste. 635**
   **San Francisco, CA 94103**
3  **Tel: (415) 551-1500**
   **Fax: (415) 788-6787**
4
   **Attorney for Defendant**
5  **HOWE ELECTRIC, INC.**

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,              CASE NO. CR 05-0208 CRB

10             Plaintiff,                  STIPULATION AND [PROPOSED]
                                            ORDER REGARDING
11     vs.                                  PRODUCTION OF WITNESS AND
                                            EXHIBIT LISTS
12 VIDEO NETWORK COMMUNICATIONS
   INC., ET AL.,
13
               Defendants.
14
   _____/
15

16     Prior to the motion and status hearing of October 11, 2006,
17 the parties met and conferred regarding a pretrial schedule and
18 agreed upon production dates for discovery materials including
19 those for the defense.  These agreed upon dates, contained in the
20 Pretrial Schedule prepared and presented to the Court by the
21 Government at the motion and status hearing on October 11, 2006,
22 were approved by the Court and signed into Order (Docket #230) at
23 the hearing.  Subsequent to the hearing and the Court Order
24 regarding the Pretrial Schedule, it appears that the Court signed
25 an earlier version of a proposed order (Docket #232) which
26 contents differed from that agreed upon by the parties and as
27 earlier ordered by the Court.  The parties therefore stipulate
28 and agree that the Defendants shall identify Fed. R. Crim.

P. 16(b) documents and materials, witnesses and exhibits (Defendants' Witness and Exhibit Lists) as the decision is made by Defendants to use them in their case in chief at trial. (See Docket #228.)

IT IS SO STIPULATED.

Dated: November 3, 2006                    Dated: November 3, 2006

/s/ (w/consent)                                                    /S/

_____        _____
Michael F. Wood                            Gail Shifman
RICHARD B. COHEN                           GAIL SHIFMAN
MICHAEL F. WOOD                            Attorney for Defendant
BRIAN J. STACK                             HOWE ELECTRIC, INC.
VICTOR ALI                                 (ON BEHALF OF ALL DEFENDANTS)
JASON M. KATZ
ALBERT SAMBAT
Trial Attorneys
Antitrust Division
U.S. Department of Justice

ORDER

This matter having come before the Court upon the Stipulation of the parties,

IT IS ORDERED that Defendants shall identify Fed. R. Crim. P. 16(b) documents and materials, witnesses and exhibits (Defendants' Witness and Exhibit Lists) as the decision is made by Defendants to use them in their case in chief at trial.

Dated: __November 7__, 2006

_____
CHARLES R. BREYER
U.S. District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER REGARDING
PRODUCTION OF WITNESS AND EXHIBIT LISTS                          2