# shifmangroup
ATTORNEYS

VIA FACSIMILE ONLY 522-4021

February 1, 2007

FILED
FEB 06 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable James Larson
U.S. District Court Judge
450 Golden Gate Avenue
San Francisco CA 94102

   RE:  <u>U.S. v. HOWE ELECTRIC, INC. et al.,</u>
      Case No. CR 05-0208 CRB

Your Honor:

With this letter, we are following up on our earlier telephone conversation of today with Venice concerning the setting of our settlement conference. Venice suggested two dates (February 9 and 22) that do not work for AUSA Mike Woods' schedule as he will be in other jurisdictions. Mr. Woods suggested the date of February 15th for the settlement conference on Howe Electric as he is scheduled at 2:00 p.m. that day on co-defendant Earl Nelson. We are available at any time on February 15th including 2:00 p.m. and though we believe that separate settlement conferences are required, we believe it possible to conduct both at the same time on a rotating basis if necessary.

Given that our trial date is rapidly approaching, we are interested in conducting the settlement conference at the earliest possible date when Mr. Woods is available. Please advise if anytime on February 15th might be available. Thank you very much.

              Very truly yours,

              GAIL SHIFMAN
              ALAN DRESSLER

cc: AUSA Mike Woods

```
The further settlement conference has been scheduled for Thursday,
February 15, 2007 at 1:30 p.m.
```

633 BATTERY STREET, SUITE 635 / SAN FRANCISCO, CALIFORNIA 94111
tel: 415.551.1500 fax: 415.788.6787 url: WWW.SHIFMANGROUP.COM